Loan No
Springleaf Loan No

BK12393    PGS 26 - 26    08/26/2016 11:48:59 AM
INSTR#: 2016020375    ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS    REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **SPRINGLEAF FINANCIAL SERVICES OF NEW HAMPSHIRE, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES (NH), INC., WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-2, MORTGAGE-BACKED NOTES, SERIES 2013-2, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 07/23/2004, made by **JO-ELLEN GROVER AND ROBERT A. GROVER** to **EQUITY ONE, INC.** and recorded on 08/02/2004 in **Book 8057, Page 0063 and Doc # 2004023349**, in the office of the Recorder of **KENNEBEC** County, **Maine**.

Modification: DT 01/23/2014 REC DT 04/10/2014 BK/PG 11663/0047 INST 2014007005.

**IN WITNESS WHEREOF**, this Assignment was executed **this 26th day of August in the year 2016**. **SPRINGLEAF FINANCIAL SERVICES OF NEW HAMPSHIRE, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES (NH), INC., by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact**

*[signature]*
**AMANDA JONES**
**Vice President of Loan Documentation**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 26th day of August in the year 2016, by Amanda Jones as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for SPRINGLEAF FINANCIAL SERVICES OF NEW HAMPSHIRE, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES (NH), INC., who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*[signature]*
**ELIZABETH A. MUSTARD-NOTARY PUBLIC**
**COMM EXPIRES: 08/27/2019**

ELIZABETH A. MUSTARD
MY COMMISSION # FF 224631
EXPIRES: August 27, 2019
Bonded Thru Notary Public Underwriters

**Instrument Prepared By:** E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683


EXHIBIT F



# Power of Attorney

| | |
|---|---|
| Loan Number : | 0596809867 |
| Previous Loan Number : | 000000003838220 |
| Borrower Name : | MARIE CLARK |



*NSM-0596809867-POA*

/8

NOT AN OFFICIAL COPY     NOT AN OFFICIAL COPY
0036157 388
NOT AN OFFICIAL COPY     NOT AN OFFICIAL COPY

```
RECORDING FEE        20.00
TOTAL                20.00
Reat BA06    Rcpt # 11536
JLE    JLF   Blk # 1029
May 08, 2015        12:15 PM
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

AFTER RECORDING RETURN TO
ATTN: POA
4000 Horizon Way
Irving, TX 75063

## LIMITED POWER OF ATTORNEY

Each entity Listed on Schedule I attached hereto, (each an "Owner") having an office at 601 NW Second Street, Evansville, Indiana 47708, hereby appoints **NATIONSTAR MORTGAGE LLC**, a Delaware limited liability company ("Nationstar"), having an office at 350 Highland Drive, Lewisville, TX 75067 and any of its affiliates, and the officers, employees and agents of each, as its true and lawful attorney-in-fact for the purposes set forth below. This Limited Power of Attorney is given pursuant to that certain Servicing Agreement (the "Agreement"), dated of February 1, 2011, by and between Springleaf Finance Corporation and Morequity, Inc. (the "Owner") and Nationstar, as Servicer for the purpose of performing all acts and executing all documents in the name of the Owner it's affiliates and subsidiaries (each the "Owners"), necessary and incidental to the servicing of said loans in compliance with the terms of the Agreement and applicable law, including but not limited to:

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by the Owner, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, accepting deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) foreclosing on the properties under the related Security Instruments by judicial or non-judicial foreclosure, actions for temporary restraining orders, injunctions, appointments of receiver, suits for waste, fraud and any and all other tort, contractual or verifications in support thereof, as may be necessary or advisable in any bankruptcy action, state or federal suit or any other action.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend the Owner in litigation and to resolve any litigation where the Servicer has an obligation to defend the Owner, including but not limited to dismissal, termination, cancellation, rescission and settlement.

BALTIMORE COUNTY CIRCUIT COURT (Land Records) JLE 36157, p. 0388, MSA_CE62_36013 Date available 05/14/2015 Printed 04/19/2016

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY
NOT AN OFFICIAL    NOT AN OFFICIAL



0036157 389

3. Transact business of any kind regarding the Loans, as the Owner's act and deed to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute, complete, indorse or file bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of estoppel certificates, financing statements, continuation statements, releases, satisfactions, reconveyances, assignments, loan modification agreements, payment plans, waivers, consents, amendments, forbearance agreements, loan assumption agreements, subordination agreements, property adjustment agreements, management agreements, listing agreements, purchase and sale agreements and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property, in the interest of the Owner.

5. Endorse on behalf of the Owner all checks, drafts and/or other negotiable instruments made payable to the Owner.

6. Execute any document or perform any act in connection with the administration of any PMI policy or LPMI policy, hazard or other insurance claim relative to the Loans or related Property.

7. Subordinate the lien of a mortgage, deed of trust, or deed to secure debt (i) for the purpose of refinancing Loans, where applicable, or (ii) to an easement in favor of a public utility company or a government agency or unit with powers of eminent domain, including but not limited to the execution of partial satisfactions and releases and partial reconveyances reasonably required for such purpose, and the execution or requests to the trustees to accomplish the same.

8. Convey the Property to the mortgage insurer, or close the title to the Property to be acquired as real estate owned, or convey title to real estate owned property ("REO Property").

9. Execute and deliver the following documentation with respect to the sale of REO Property acquired through a foreclosure or deed-in-lieu of foreclosure, including, without limitation: listing agreements; purchase and sale agreements; grant / limited or special warranty / quit claim deeds or any other deed, but not general warranty deeds, causing the transfer of title of the property to a party contracted to purchase same; escrow instructions; and any and all documents necessary to effect the transfer of REO Property.

Nationstar hereby agrees to indemnify and hold the Owners, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the misuse of this Limited Power of Attorney by Nationstar. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related agreements.

[Remainder of page intentionally left blank.]

BALTIMORE COUNTY CIRCUIT COURT (Land Records) JLE 36157, p. 0389. MSA_CE62_36013. Date available 05/14/2015. Printed 04/19/2016.

N O T　　　　　　　　　　　　　N O T
A N　　　　　　　　　　　　　　A N
O F F I C I A L　　　　　　O F F I C I A L
C O P Y　　　　　　　　　　　C O P Y
N O T　0036157 390　　　N O T
A N　　　　　　　　　　　　　　A N
O F F I C I A L　　　　　　O F F I C I A L

IN WITNESS WHEREOF, Owner has executed this Limited Power of Attorney this 29th day of September 2014.

**OWNERS:**

Each of the entities listed on Schedule I attached hereto and made a part hereof

By: _(signature)_
Name: Douglas Whittemore
Title: Vice President

Witness: _(signature)_
Name: Laurie Magee
Title: Servicing Oversight

Witness: _(signature)_
Name: Anna Schneider
Title: Operational Controls

**Acknowledged and Agreed By**
NATIONSTAR MORTGAGE LLC

_(signature)_
Jennifer Kinsey
Assistant Secretary

**STATE OF** TEXAS

**COUNTY OF** DALLAS

On September 29, 2014, Douglas Whittemore personally appeared before me, a Notary Public in and for said State, known to me to be a Vice President of each of the entities listed on Schedule I attached hereto and made a part hereof that executed the within instrument, and also known to me to be the person who executed said instrument on behalf of such corporation and acknowledged to me that such Corporation executed the within instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.
(SEAL)

Notary Public: Dan Dickey
My Commission Expires: August 27th, 2017
Notary ID: 129539007



DAN DICKEY
Notary Public
STATE OF TEXAS
My Comm. Exp. August 27, 2017

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY
0036157 391

## Schedule 1
### Owners

MorEquity, Inc.
Springleaf Financial Services of Arkansas, Inc.
Springleaf Home Equity, Inc., a corporation incorporated in the state of Delaware
CommoLoco, Inc.
Springleaf Home Equity, Inc., a corporation incorporated in the state of West Virginia
Springleaf Financial Services of Alabama, Inc.
Springleaf Financial Services of America, Inc., a corporation incorporated in the state of Delaware
Springleaf Financial Services of America, Inc., a corporation incorporated in the state of North Carolina
Springleaf Financial Services of Arizona, Inc.
Springleaf Financial Services of Hawaii, Inc.
Springleaf Financial Services of Illinois, Inc.
Springleaf Financial Services of Indiana, Inc.
Springleaf Financial Services of Louisiana, Inc.
Springleaf Financial Services of New Hampshire, Inc.
Springleaf Financial Services of North Carolina, Inc.
Springleaf Financial Services of Ohio, Inc.
Springleaf Financial Services of Pennsylvania, Inc.
Springleaf Financial Services of South Carolina, Inc.
Springleaf Financial Services of Washington, Inc.
Springleaf Financial Services of Wisconsin, Inc.
Springleaf Financial Services of Wyoming, Inc.
Springleaf Financial Services, Inc., and
State Financial Services – Springleaf, Inc.

BALTIMORE COUNTY CIRCUIT COURT (Land Records) JLE 36157, p. 0391, MSA_CE62_36013. Date available 05/14/2015. Printed 04/19/2016.

NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

STATE OF MARYLAND, BALTIMORE COUNTY, TO WITH

I HEREBY CERTIFY that the aforegoing is a true copy of the original Power of Attorney taken from the records of said Circuit Court as recorded in Liber __JLE__ No. __36157__ Folio __387__ one of the __LAND__ records of Baltimore County.

IN TESTIMONY WHEREOF I hereto set my hand and affix the seal of the Circuit Court for Baltimore, County this _19th_ day of _April_ 20_16_

_Julie L. Ensor_
Clerk of the Circuit Court of Baltimore County

(SEAL — Circuit Court Baltimore Co.)

Susan F. Bulay, Register
Penobscot County, Maine