# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & New Hampshire*
*Hours: Monday – Friday 9 am – 4 pm*
*www.dgandl.com*

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

November 25, 2019

VIA CERTIFICATE OF MAILING AND CERTIFIED MAIL

Robert A. Grover
127 Readfield Road
Manchester, ME 04351

Robert A. Grover
P.O. Box 86
Manchester, ME 04351

Robert A. Grover
3414 Horseshoe Bend Est.
Manchester, ME 04351

Jo Ellen Grover
127 Readfield Road
Manchester, ME 04351

Jo Ellen Grover
P.O. Box 86
Manchester, ME 04351

Jo Ellen Grover
3414 Horseshoe Bend Est.
Manchester, ME 04351

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 127 Readfield Road, Manchester, ME 04351
Loan Number:
Payment Due Date: April 1, 2017



**EXHIBIT**

**1**

Dear Robert A. Grover and Jo Ellen Grover:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Mortgagee, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 and the Owner/Investor, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is thirty-two (32) months in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Equity One, Inc. its successors and assigns dated July 23, 2004 and recorded in the Kennebec County Registry of Deeds in Book 8057, Page 63. This firm is relying on information provided by the Servicer. If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | | |
|---|---|---|
| Payments | $ | 19,012.48 |
| Taxes & Insurance | $ | 13,891.42 |
| Late Charge | $ | 297.10 |
| **TOTAL TO CURE DEFAULT:** | $ | **33,201.00** |

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $33,201.00 in the form of **certified and/or cashier's check(s) and/or money order(s) in full to: Nationstar Mortgage LLC d/b/a Mr. Cooper, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. Please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at (469) 549-2233 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for

foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, the mortgage servicer, which is Nationstar Mortgage LLC d/b/a Mr. Cooper or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC d/b/a Mr. Cooper
Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233

# NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC d/b/a Mr. Cooper
U.S. Bank National Association, not in its
individual capacity but solely as Trustee for
the CIM TRUST 2018-NR1 Mortgage-Backed
Notes, Series 2018-NR1
by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/NM
cc:  Client
        Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
54738

This listing is current as of **11/21/2019**.

# Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

---

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

---

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

---

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- French
- Other
- Swahili
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

## Nancy McFadden

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Investor What term best describes the owner of the mortgage?:Select One Filer's Email Address:nmcfadden@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a/ Mr. Cooper Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

(469) 549-2233

-----

Consumer Information

-----

Consumer First name:Jo

Consumer Middle Initial/Middle Name: Ellen Consumer Last name:Grover Consumer Suffix:

Property Address line 1:127 Readfield Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Manchester

Property Address State:

Property Address zip code:04351

Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:11/25/2019

Amount needed to cure the default:33,201.00 Consumer Address line 1:3414 Horseshoe Bend Est.

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Manchester

Consumer Address State:ME

Consumer Address zip code:04351

**Nancy McFadden**

From:            Nobody <nobody@informe.org>
Sent:            Monday, November 25, 2019 3:10 PM
To:              Nancy McFadden
Subject:         Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Investor What term best describes the owner of the mortgage?:Select One Filer's Email Address:nmcfadden@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a/ Mr. Cooper Loan Resolution

8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233

-----

Consumer Information

-----

Consumer First name:Robert
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Grover
Consumer Suffix:
Property Address line 1:127 Readfield Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Manchester
Property Address State:
Property Address zip code:04351
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:11/25/2019
Amount needed to cure the default:33,201.00 Consumer Address line 1:3414 Horseshoe Bend Est.
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Manchester
Consumer Address State:ME
Consumer Address zip code:04351



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*



Robert A. Grover
PO Box 86
Manchester, ME 04351-3205



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*



Robert A. Grover
127 Readfield Road
Manchester, ME 04351

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.68⁰
02 1P
0000867843
NOV 25 2019
MAILED FROM ZIP CODE 01915

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.68⁰
02 1P
0000867843
NOV 25 2019
MAILED FROM ZIP CODE 01915



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*



UNITED STATES POSTAGE

02 1P
0000867843
MAILED FROM ZIP CODE 01915

PITNEY BOWES
$ 000.68⁰
NOV 25 2019

Robert A. Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*

UNITED STATES POSTAGE

02 1P
0000867843
MAILED FROM ZIP CODE 01915

PITNEY BOWES
$ 000.68⁰
NOV 25 2019

Jo Ellen Grover
127 Readfield Road
Manchester, ME 04351



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.68⁰
0000867843 NOV 25 2019
MAILED FROM ZIP CODE 01915

Jo Ellen Grover
3414 Horseshoe Bend Est
Manchester, ME 04351



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

*100 Cummings Center*
*Suite 225D*
*Beverly, Massachusetts 01915*

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.68⁰
0000867843 NOV 25 2019
MAILED FROM ZIP CODE 01915

Jo Ellen Grover
PO Box 86
Manchester, ME 04351-3205

**■ UNITED STATES POSTAL SERVICE ®**   **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: **Doonan, Graves & Longoria**
100 Cummings Center, Suite 225D
Beverly, MA  01915

To: Jo Ellen Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**■ UNITED STATES POSTAL SERVICE ®**   **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: **Doonan, Graves & Longoria**
100 Cummings Center, Suite 225D
Beverly, MA  01915

To: Jo Ellen Grover
PO Box 86
Manchester, ME 04351-3205

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**■ UNITED STATES POSTAL SERVICE ®**   **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: **Doonan, Graves & Longoria**
100 Cummings Center, Suite 225D
Beverly, MA  01915

To: Jo Ellen Grover
127 Readfield Road
Manchester, ME 04351

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.40⁰
0000867843 NOV 25 2019
MAILED FROM ZIP CODE 01915



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.40⁰
0000867843 NOV 25 2019
MAILED FROM ZIP CODE 01915



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.40⁰
0000867843 NOV 25 2019
MAILED FROM ZIP CODE 01915

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Doonan, Graves & Longoria
100 Cummings Center, Suite 225D
Beverly, MA 01915

To:
Robert A. Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mailing.

From:
Doonan, Graves & Longoria
100 Cummings Center, Suite 225D
Beverly, MA 01915

To:
Robert A. Grover
PO Box 86
Manchester, ME 04351-3205

USPS
CUMMINGS STATION
NOV 2019
BEVERLY MA
Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for

From:
Doonan, Graves & Longoria
100 Cummings Center, Suite 225D
Beverly, MA 01915

To:
Robert A. Grover
127 Readfield Road
Manchester, ME 04351

USPS
CUMMINGS STATION
NOV 2019
BEVERLY MA
Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065



UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 001.40⁰
0000867843        NOV 25 2019
MAILED FROM ZIP CODE 01915



UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 001.40⁰
0000867843        NOV 25 2019
MAILED FROM ZIP CODE 01915



UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 001.40⁰
0000867843        NOV 25 2019
MAILED FROM ZIP CODE 01915



**CERTIFIED MAIL®**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9414 7266 9904 2136 5892 56



**DOONAN, GRAVES & LON**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

$ 007.60⁰
PITNEY BOWES
02 1P
0000867843    NOV 25 2019
MAILED FROM ZIP CODE 01915
UNITED STATES POSTAGE

Jo Ellen Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

---



**CERTIFIED MAIL®**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9414 7266 9904 2136 5892 63



**DOONAN, GRAVES & LONGC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

$ 007.60⁰
PITNEY BOWES
02 1P
0000867843    NOV 25 2019
MAILED FROM ZIP CODE 01915
UNITED STATES POSTAGE

Jo Ellen Grover
PO Box 86
Manchester, ME 04351-3205

## Left Form

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

PS Form 3811, Facsimile, July 2015

Return Receipt (Form 3811, Barcode

1. Article Addressed to:

Jo Ellen Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

9590 9266 9904 2136 5692 59

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5692 56

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service

---

## Right Form

C ← FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

PS Form 3811, Facsimile, July 2015

Return Receipt (Form 3811) Barcode

1. Article Addressed to:

Jo Ellen Grover
PO Box 86
Manchester, ME 04351-3205

9590 9266 9904 2136 5692 66

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5692 63

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service



## CERTIFIED MAIL®



9414 7266 9904 2136 5692 18



**DOONAN, GRAVES & LONG**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Robert A. Grover
127 Readfield Road
Manchester, ME 04351

---

## CERTIFIED MAIL®



9414 7266 9904 2136 5692 49

**DOONAN, GRAVES & LONG**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Jo Ellen Grover
127 Readfield Road
Manchester, ME 04351

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

C

FOLD AND TEAR THIS WAY

Return Receipt (Form 3811) Barcode

9590 9426 9904 2136 5892 42

1. Article Addressed to:

Jo Ellen Grover
127 Readfield Road
Manchester, ME 04351

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5892 49

PS Form 3811, Facsimile, July 2015

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service

---

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

FOLD AND TEAR THIS WAY

Return Receipt (Form 3811) Barcode

9590 9426 9904 2136 5892 11

1. Article Addressed to:

Robert A. Grover
127 Readfield Road
Manchester, ME 04351

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5892 18

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service



CERTIFIED MAIL®



9414 7266 9904 2136 5892 25

**D&L DOONAN, GRAVES & LONGO**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Robert A. Grover
3414 Horseshoe Bend Est
Manchester, ME 04351



CERTIFIED MAIL®



9414 7266 9904 2136 5892 32

**D&L DOONAN, GRAVES & LONGO**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Robert A. Grover
PO Box 86
Manchester, ME 04351-3205

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

PS Form 3811, Facsimile, July 2015

Return Receipt (Form 3811) Barcode

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5692 32

1. Article Addressed to:

Robert A. Grover
PO Box 86
Manchester, ME 04351-3205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

PS Form 3811, Facsimile, July 2015

Return Receipt (Form 3811) Barcode

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2136 5692 25

1. Article Addressed to:

Robert A. Grover
3414 Horseshoe Bend Est
Manchester, ME 04351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

NM/NM
Jo Ellen Grover, Robert A. Grover
54738

Domestic Return Receipt

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE