THE STATE OF MAINE  
UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 1:20-CV-00028-JAW  
Filed On: 1/28/2020

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE CIM TRUST 2018-NR1 MORTGAGE-BACKED NOTES, SERIES 2018-NR1**

**AFFIDAVIT OF SERVICE**

-against-

**AMOS FINANCIAL LLC**

---

STATE OF _IL_, COUNTY OF: _LAKE_ .: (Process Server): _ROGER BURTON_,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of _IL_.
That on _2-7-2020_, at _10:10_ am/pm at 3330 SKOKIE VALLEY ROAD, SUITE 301, HIGHLAND PARK, IL 60035 I served the SUMMONS, COMPLAINT AND CIVIL ACTION COVER SHEET bearing Index # 1:20-CV-00028-JAW and filed date 1/28/2020 upon AMOS FINANCIAL LLC,

[ ] INDIVIDUAL
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[X] AGENCY / BUSINESS ENTITY
by delivering thereat _1_ true copy(ies) of each to (name) _LORI RUDMAN_,
(capacity) _OFFICE MANAGER_, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] SUITABLE AGE PERSON
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____ who verified that the intended recipient actually lives/works at this location.

[ ] AFFIXING TO DOOR
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] MAILING COPY
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[X] DESCRIPTION
Sex: _F_; Color: _White_; Hair: _Brown_; Approx. Age: _50_; Approx. Height: _5'6_; Approx. Weight: _135_;
Other:_____

[ ] WITNESS FEE
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] NON-SERVICE
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on : _Feby 12, 2020_

_[signature]_

OFFICIAL SEAL
Yelena Ogulnick
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Nov. 30, 2022

_[signature]_
**Signature of Process Server**

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 54738

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS750582F)VM 1011303>